IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DEROLYN HALEY,** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 3:21-cv-02771-X |
| **PRICEWATERHOUSECOOPERS,** | § § § | |
| *Defendants*. | § | |

## ORDER STAYING PROCEEDINGS

Pending before the Court is the Joint Stipulation to Stay Proceedings Pending Arbitration in this action to permit Plaintiff's claims to proceed to binding arbitration in accordance with the Arbitration Agreement ("Arbitration Agreement") applicable to the parties under the Federal Arbitration Act.  Construing it as a motion to stay proceedings, the Court **GRANTS** the motion.

IT IS, THEREFORE, **ORDERED** that this lawsuit and any and all further proceedings in it are hereby stayed pending further order of the Court.

IT IS FURTHER **ORDERED** that the parties proceed to arbitration before JAMS in accordance with the pre-existing Arbitration Agreement under the Federal Arbitration Act.

IT IS FURTHER **ORDERED** that counsel for the parties submit a written report to the Court upon the completion of their arbitration proceeding or upon the resolution of the parties' claims by any other means.

1

IT IS FURTHER **ORDERED** that this case is administratively closed for statistical purposes without prejudice to its being reopened to enter an order of dismissal and/or an order regarding any arbitration award rendered by the arbitrator.

IT IS FURTHER **ORDERED** that in any such further order of this Court costs of court shall be assessed against the party who incurred them, unless otherwise reallocated by the arbitrator or agreement of the parties.

**IT IS SO ORDERED** this 1st day of December, 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE